**HALPER SADEH LLP**
Zachary Halper, Esq.
186 Darwin Lane
North Brunswick, NJ 08902
Tel: (212) 763-0060
Fax: (646) 776-2600
Email: zhalper@halpersadeh.com

*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| NICK FRANK,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>CALLAWAY GOLF COMPANY, OLIVER G. BREWER, SAMUEL H. ARMACOST, SCOTT H. BAXTER, JOHN C. CUSHMAN, III, LAURA J. FLANAGAN, RUSSELL FLEISCHER, JOHN F. LUNDGREN, ADEBAYO O. OGUNLESI, LINDA B. SEGRE, and ANTHONY S. THORNLEY,<br><br>　　　Defendants. | Case No: 2:21-cv-00089-MCA-LDW<br><br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE** that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of

Civil Procedure, Plaintiff Nick Frank hereby voluntarily dismisses the above-captioned action.

Defendants have not served an answer or a motion for summary judgment.

Dated: March 4, 2021                          Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　**HALPER SADEH LLP**

　　　　　　　　　　　　　　　　　　　　　/s/ Zachary Halper
　　　　　　　　　　　　　　　　　　　　　Zachary Halper, Esq.
　　　　　　　　　　　　　　　　　　　　　186 Darwin Lane
　　　　　　　　　　　　　　　　　　　　　North Brunswick, NJ 08902
　　　　　　　　　　　　　　　　　　　　　Telephone: (212) 763-0060
　　　　　　　　　　　　　　　　　　　　　Facsimile: (646) 776-2600

Email: zhalper@halpersadeh.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2021, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ Zachary Halper
Zachary Halper