**HALPER SADEH LLP**
Zachary Halper, Esq.
186 Darwin Lane
North Brunswick, NJ 08902
Tel: (212) 763-0060
Fax: (646) 776-2600
Email: zhalper@halpersadeh.com

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| NICK FRANK,<br><br>    Plaintiff,<br><br>v.<br><br>CALLAWAY GOLF COMPANY, OLIVER G. BREWER, SAMUEL H. ARMACOST, SCOTT H. BAXTER, JOHN C. CUSHMAN, III, LAURA J. FLANAGAN, RUSSELL FLEISCHER, JOHN F. LUNDGREN, ADEBAYO O. OGUNLESI, LINDA B. SEGRE, and ANTHONY S. THORNLEY,<br><br>    Defendants. | Case No: 2:21-cv-00089-MCA-LDW<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE** that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Nick Frank hereby voluntarily dismisses the above-captioned action.

Defendants have not served an answer or a motion for summary judgment.

Dated: March 4, 2021                              Respectfully submitted,

                                                  **HALPER SADEH LLP**

                                                  /s/ Zachary Halper
                                                  Zachary Halper, Esq.
                                                  186 Darwin Lane
                                                  North Brunswick, NJ 08902
                                                  Telephone: (212) 763-0060
                                                  Facsimile: (646) 776-2600

1

Email: zhalper@halpersadeh.com

*Counsel for Plaintiff*

SO ORDERED

*  s/Madeline Cox Arleo*
MADELINE COX ARLEO, U.S.D.J.

Date:   3/5/21

2